HERMAN SCHERBAK, Appellant, v. THOMAS E. MURRAY, as Receiver of Interborough Rapid Transit Company, Respondent.— Judgment unanimously affirmed with costs. No opinion. Present — Martin, P. J., Townley, Glennon and Callahan, JJ.

YETTA ROSEN, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that an issue of fact was presented which should have been submitted to the jury. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BANKERS COMMERCIAL CORPORATION, Respondent, v. GONDRAND SHIPPING CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LA GRUTTA, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. (See *People* v. *Richardson*, 287 N. Y. 563; *People* v. *Carpenito*, 292 N. Y. 498.) Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EDWARD RUSKIN et al., Formerly Known as the Copartnership of RUSKIN & HAYMAN, Respondents, v. MAX E. ORLOFF, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that a triable issue of fact is presented. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAURICE SIKEN, Respondent-Appellant, v. STELLA BLAKE et al., Appellants-Respondents, and GEORGE STEVENS, Defendant-Respondent.— Judgment unanimously affirmed, with costs to the plaintiff-respondent against the defendants, Stella Blake and Mack Blake. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK FLORENTINO, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. (See *People* v. *Richardson*, 287 N. Y. 563; *People* v. *Carpenito*, 292 N. Y. 498.) Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HARRY MALESCHEWSKY, Respondent, v. S. & E. MOTOR HIRE CORPORATION et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ALBERTA NEAL, Respondent, v. MARGARET WHITE, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, v. 960 FIFTH AVENUE CORPORATION et al., Respondents, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 978.]

WILLIAM McGUIRE, Respondent, v. H. J. REED BARRETT et al., Copartners Doing Business as AVIATION PACKAGING COMPANY, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ZELDA JABLON et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [177 Misc. 838.] [See *post*, p. 1026.]